THE PEOPLE OF THE STATE OF NEW YORK ex rel. HIRAM HYDE, Appellant, *v.* FREDERICK C. STEVENS, as Superintendent of Public Works of the State of New York, Respondent.

*People ex rel. Hyde* v. *Stevens,* 127 App. Div. 933, affirmed.
(Argued November 11, 1908; decided December 1, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 7, 1908, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in a position formerly held by him in the department of public works.

*Erskine C. Rogers* and *John E. Sawyer* for appellant.

*William S. Jackson, Attorney-General* (*Timothy I. Dillon* of counsel), for respondent.

Order affirmed on the ground that no question of law is involved on this appeal, but as the relator's dismissal was without authority, no costs are granted in this court; no opinion.

Concur: GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Not voting: CULLEN, Ch. J.